**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ROGER J. SCOTT, | ) | BK 10-13047-NLJ |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010

  The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

  The following checks have not mailed for the reason that the dividend to be paid to each creditor was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 1 | 103 | CHASE BANK USA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | $ .26 |
| 2 | 103 | CHASE BANK USA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | $1.18 |
| 3 | 103 | CAPITAL ONE BANK<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO BOX 248839<br>OKLAHOMA CITY, OK 73124-8839 | $ .34 |
| 4 | 103 | CAPITAL ONE BANK<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO BOX 248839<br>OKLAHOMA CITY, OK 73124-8839 | $ .44 |
| 5 | 103 | GE MONEY BANK<br>C/O RECOVERY MANAGEMENT<br>SYSTEMS CORP<br>25 SE 2ND AVE, SUITE 1120<br>MIAMI, FL 33131-1605 | $ .44 |

| | | | |
|---|---|---|---|
| 6 | 103 | FIA CARD SERVICES<br>BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | $1.91 |
| 7 | 103 | FIA CARD SERVICES<br>BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | $ .51 |
| 8 | 103 | FIA CARD SERVICES<br>BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | $2.47 |
| 9 | 103 | AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO BOX 248839<br>OKLAHOMA CITY, OK 73124-8838 | $ .88 |

Dated: 12/21/10

/s/ Janice D. Loyd
JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM & LOYD, P.C.
210 Park Ave., Suite 2050
Oklahoma City, OK 73102
(405)235-9371    (405)232-1003 (FAX)
jdltrustee@bcllawfirm.com